**...tion to identify your case:**

Debtor 1    ...URTNEE    S    LAURA
             First Name    Middle Name    Last Name

Debtor 2
(Spouse...    ...Name    Middle Name    Last Name

United St... ...ruptcy Court for the: Northern District of Illinois

Case num... ...    16-33849

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**OCT 24 2016**

JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an
amended filing

Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments    12/15

Be... ...d accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
informati...

## Part 1:    ...ify **Your Proposed Payment Timetable**

1. ...of the **Bankruptcy Code**
   ...sing to file under?

   ☐ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☑ Chapter 13

2. ...to pay the filing fee in up to
   ...in...ts. Fill in the amounts you
   ...ope... ...and the dates you plan to
   ...e all dates are business
   ...he payments you propose

   ...propose to pay the entire fee no
   ...days after you file this
   ...If the court approves your
   ...court will set your final
   ...

**You propose to pay...**

| | | |
|---|---|---|
| $ 77.50 | With the filing of the petition / On or before this date | 10/30/2016  MM / DD / YYYY |
| $ 77.50 | On or before this date | 11/16/2016  MM / DD / YYYY |
| $ 77.50 | On or before this date | 12/18/2016  MM / DD / YYYY |
| + $ 77.50 | On or before this date | 01/17/2017  MM / DD / YYYY |
| **Total** $ 310.00 | ◄ Your total must equal the entire fee for the chapter you checked in line 1. | |

## Part 2:    ...low

By sign... ...you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you
underst...

※ You ...pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition
pr... ...or anyone else for services in connection with your bankruptcy case.

※ Yo... ...y the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your
c... ...be discharged until your entire fee is paid.

※ If ...ke any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings

x _Caurtnee Laura_          x _____          x _____
Sign... ...or 1              Signature of Debtor 2                Your attorney's name and signature, if you used one

Date ___ ___ / YYYY          Date ___ / ___ / YYYY          Date ___ / ___ / YYYY
                           MM / DD / YYYY                MM / DD / YYYY

Fill in this information to identify the case:

Debtor 1 _____ COURTNEE ____ S _____ LAURA _____
                              Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) ____         Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number: __ 16-33849 __

(if known) _____

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[ ] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 77.50 | _____ Month / day / year |
| $ 77.50 | _____ Month / day / year |
| $ 77.50 | _____ Month / day / year |
| $ 77.50 | _____ Month / day / year |
| Total $ 310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____          **By the court:** _____
Month / day / year                           United States Bankruptcy Judge